UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DHIRIM, INC.
        Plaintiff,

v.                                      Case No.  09-12253
                                          Hon.  Patrick J. Duggan
                                          Mag.  Michael Hluchaniuk

TIFFANY & CO. INTERNATIONAL
        Defendant.
_____/

| Simon, Galasso & Frantz, PLLC | Clark Hill PLC |
|---|---|
| Henry Stancato (P29538) | Thomas Hathaway (P14745) |
| Attorneys for Plaintiff | David Hardesty (P38609) |
| 363 W. Big Beaver Rd., Ste. 250 | Attorneys for Defendant |
| Troy, MI 48084 | 500 Woodward, Ste 3500 |
| Tel: (248) 720-0290 | Detroit, MI 48226 |
| hstancato@sgfattorneys.com | Tel: (313) 965-8300 |
| | THathaway@ClarkHill.com |

**STIPULATED ORDER TO DISMISS WITH PREJUDICE**

    Upon submission by the parties of this stipulated order,

    IT IS ORDERED that this action is dismissed with prejudice.  No costs to either party.

                          s/Patrick J. Duggan
                          Patrick J. Duggan
                          United States District Judge

    Dated: January 26, 2010

    I hereby certify that a copy of the foregoing document was served upon counsel of record on January 26, 2010, by electronic and/or ordinary mail.

                          s/Marilyn Orem
                          Case Manager

Approved as to form and content:

| | |
|---|---|
| s/Henry Stancato | s/ with the consent of Thomas Hathaway |
| Attorney for plaintiff | Thomas Hathaway |
| 363 W. Big Beaver Rd., Ste. 250 | Attorney for defendant |
| Troy, MI  48084 | 500 Woodward, Ste 3500 |
| Tel: (248) 720-0290 | Detroit, MI  48226 |
| hstancato@sgfattorneys.com | Tel: (313) 965-8300 |
| P29538 | THathaway@ClarkHill.com |
| | P14745 |